# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GATEWAY CUSTOMER SOLUTIONS, LLC,** | |
| Plaintiff, | 8:14CV353 |
| vs. | ORDER |
| **GC SERVICES LIMITED PARTNERSHIP,** | |
| Defendant. | |

This matter is before the court on the defendant's Motion for Extension to File Responses to Plaintiff's Request for Production (Filing No. 32). The plaintiff has advised the court it does not object to the motion. Accordingly, it is hereby ordered that the defendant's motion is granted and the defendant's responses are due on **February 10, 2015**.

**IT IS SO ORDERED**.

Dated this 3rd day of February, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge